

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00510-CV

**IN THE INTEREST OF S.E.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1049-CV
Honorable Jessica Crawford, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: January 22, 2020

DISMISSED FOR WANT OF PROSECUTION

On December 3, 2019, this court received appellant's pro se brief. Because the brief violated Texas Rules of Appellate Procedure 9 and 38, we struck appellant's brief from our record and ordered that appellant file an amended brief complying with the Texas Rules of Appellate Procedure within thirty days. We advised appellant that if he failed to do so, this appeal would be dismissed for want of prosecution. Appellant failed to file an amended brief or otherwise respond to our order. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM